428 A.2d 262

Smith v. Nationwide Ins. Co., Appellant.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

Argued November 13, 1979. Gwilym A. Price, III, for appellant; Saul J. Bernstein, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment affirmed.

SPAETH, and HOFFMAN, JJ., concurred in the result.